# COPY

AO 442 (Rev. 11/11) Arrest Warrant

---

## UNITED STATES DISTRICT COURT
for the
District of Minnesota

F#9826799



**RECEIVED**
FEB 25 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

United States of America
v.

Jose A Felan, Jr.

*Defendant*

Case No. CR 20-113(1) DSD/BRT

**RECEIVED**
By U.S. Marshal, Saint Paul, MN at 7:54 am, Jul 24, 2020

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Jose A Felan, Jr.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ✓ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count(s) 1, 3, 4 - Arson, 18:844(i)

Date: 07/24/2020

*[signature]*
*Issuing officer's signature*

City and state: Minneapolis, MN

Kim Krulas, Deputy Clerk
*Printed name and title*

---

### Return

| | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ | **SCANNED**
FEB 25 2021
\005
U.S. DISTRICT COURT ST. PAUL |

Date: _____
ARRESTED ON 2/17/2021
ARRESTED BY CBP-SCA
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

*Arresting officer's signature*

*Printed name and title*