**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: BECKY R. THORSON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:  20-cr-113 DSD/BRT |
| | ) | Date:  April 8, 2021 |
| Jose A Felan, Jr, | ) | Video Conference |
| | ) | Time Commenced:  12:59 p.m. |
| Defendant, | ) | Time Concluded:  1:10 p.m. |
| | ) | Time in Court:  11 minutes |

APPEARANCES:

Plaintiff: Allison Ethen, Assistant U.S. Attorney
Defendant: Manny Atwal, Assistant Federal Public Defender
            X FPD          X To be appointed


Date Charges Filed: 7/23/2020          Offense: arson

X Advised of Rights

on    X Superseding Indictment

X Defendant detained, per the detention hearing in the Southern District of California.

X Defendant also arraigned at this hearing, see separate arraignment minutes.



Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.


                                          s/SAE
                                          Signature of Courtroom Deputy