# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br><br>Jose A Felan, Jr,<br>　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:  BECKY R. THORSON<br>U.S. Magistrate Judge<br><br>Case No:　　　20-cr-113 DSD/BRT<br>Date:　　　　　April 8, 2021<br>Video Conference<br>Time Commenced:　1:10 p.m.<br>Time Concluded:　1:12 p.m.<br>Time in Court:　　2 minutes |

APPEARANCES:

　Plaintiff: Allison Ethen, Assistant U.S. Attorney
　Defendant:  Manny Atwal,
　　　　　　　X FPD

**Superseding Indictment Dated:** 7/23/2020

　X Reading of Indictment Waived　　X Not Guilty Plea Entered


Other Remarks:
　X Counsel to be notified of additional dates by separate Order to be issued.
　X Defendant consents to this hearing via video conference.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/SAE
　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy