UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-113(1) DSD/BRT

United States of America,

      Plaintiff,

v.            **ORDER FOR APPOINTMENT**
            **OF COUNSEL**
Jose A. Felan, Jr.,

      Defendant.

  The Court has determined that the defendant in the above matter is financially unable to employ counsel and finds that it is in the interest of justice that counsel be assigned.

  IT IS HEREBY ORDERED that Robert Sicoli, Attorney ID 178238, is appointed as counsel pursuant to 18 U.S.C. § 3006A.

Dated:  April 8, 2021        *s/Becky R. Thorson*
              Honorable Becky R. Thorson
              United States Magistrate Judge