UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 20-113 (DSD/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **MOTION FOR DISCLOSURE OF** |
| ) | **BRADY AND GIGLIO MATERIAL** |
| v. ) | |
| ) | |
| JOSE A. FELAN, JR., ) | |
| ) | |
| Defendant. ) | |

Defendant, Jose Felan, by his attorneys, Sicoli Law, Ltd., and Robert D. Sicoli hereby moves the Court, pursuant to Fed. R. Crim. P. 16, and the principles of Brady v. Maryland, 373 U.S. 83 (1963) and U.S. v. Giglio, 405 U.S. 150 (1972), for an order directing the government forthwith to make inquiry and disclose all actual or constructive information that may be favorable to the defense, all information in the possession, custody, or control of the plaintiff, or the existence of which is known by the exercise of due diligence could become known to the plaintiff, including, but not limited to the following:

1. Any statements of any witnesses or potential witnesses, whether indicted or not, exculpating the defendant.

2. Any statements of witnesses or potential witnesses, whether indicted or not, which contradict statements of other witnesses.

3. Any and all records and information revealing prior convictions of each prospective government witness, including pre-sentence and probation reports.

4. Any and all records and information revealing prior misconduct or bad acts attributed to such witness, or information indicating alcohol or drug abuse.

5. Any and all consideration or promises of consideration given to or on behalf of the witness, or expected or hoped for by the witness.

6. Any and all threats, express or implied, direct or indirect, or other coercion made or directed against the witness.

7. The existence and identification of each occasion on which the witness testified before any court, grand jury or tribunal or has narrated any statement or provided information concerning the above-entitled matter.

8. Any and all other records and/or information which could be helpful or useful to the defense in impeaching or otherwise detracting from the probative force of the plaintiff's evidence or which arguably could lead to such records or information.

9. The same records or information requested above in items 3 through 8 with respect to each non-witness declarant whose statements are in the possession of the government. This Motion is based upon all the files, records and proceeding herein.

Dated:  June 1, 2021                                          Respectfully submitted,

                                                              **SICOLI LAW, LTD.**


                                                              By:  /s/ Robert D. Sicoli
                                                                     Robert D. Sicoli
                                                              Attorneys for Defendant
                                                              2136 Ford Parkway #117
                                                              Saint Paul, MN 55116
                                                              Telephone: (612) 871-0708
                                                              Reg. No. 178238