UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 20-113 (DSD/BRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR EARLY** |
| v. | ) | **DISCLOSURE OF JENCKS** |
| | ) | **ACT MATERIAL** |
| JOSE A. FELAN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Jose Felan, by and through his undersigned counsel, Sicoli Law, Ltd., and Robert D. Sicoli, hereby moves the Court for an Order pursuant to 18 U.S.C. §3500, directing the government to disclose no later than 14 days prior to the commencement of the trial all statements or reports in the possession, custody or control of the government which were made by a government witness or prospective government witness to an agent of the government.

This Motion is based upon all the files, records and proceedings herein.

Dated:  June 1, 2021                     Respectfully submitted,

                                         **SICOLI LAW, LTD.**



                                         By:  /s/ Robert D. Sicoli
                                                 Robert D. Sicoli
                                         Attorneys for Defendant
                                         2136 Ford Parkway #117
                                         Saint Paul, MN 55116
                                         Telephone: (612) 871-0708
                                         Reg. No. 178238