**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Cr. No. 20-113 (DSD/BRT)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION FOR DISCLOSURE** |
| v. | ) | **OF 404(b) EVIDENCE** |
| | ) | |
| JOSE A. FELAN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Jose Felan, by and through his undersigned counsel, Sicoli Law, Ltd., and Robert D. Sicoli, hereby moves the Court for an Order requiring the government to disclose at least 14 days before trial whether it intends to produce evidence of other crimes, wrongs, or acts against him, pursuant to Rule 404(b), Federal Rules of Evidence, or as may be relevant to sentencing pursuant to the Sentencing Reform Act of 1984, 28 U.S.C. §§991-998 (1977), and if so, to disclose the particulars of each other crime, wrong or act.

This Motion is based on the Indictment and upon all of the files and records herein, including anything that may be presented to the Court at or prior to the time of hearing of said Motion.

Dated:  June 1, 2021                    Respectfully submitted,

                              **SICOLI LAW, LTD.**

                              By:  /s/ Robert D. Sicoli
                                      Robert D. Sicoli
                              Attorneys for Defendant
                              2136 Ford Parkway #117
                              Saint Paul, MN 55116
                              Telephone: (612) 871-0708
                              Reg. No. 178238