UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 20-113 (DSD/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S MOTION FOR** |
| v. ) | **GOVERNMENT AGENTS TO** |
| ) | **RETAIN ROUGH NOTES AND** |
| JOSE A. FELAN, JR., ) | **EVIDENCE** |
| ) | |
| Defendant. ) | |

The defendant, Jose Felan, by and through his attorneys, Sicoli Law, Ltd. and Robert D. Sicoli, pursuant to Title 18, United States Code, Section 3500 *et. seq.*, *Brady v. Maryland*, 373 U.S. 83 (1963), and Rule 16 of the Federal Rules of Criminal Procedure, respectfully moves the Court for an Order requiring any law enforcement agent, including any confidential reliable informants, to retain and preserve all rough notes taken as a part of their investigation, whether or not the contents of such rough notes are incorporated in official records. In addition, the defendant moves for an Order directing any and all officials involved in this case to preserve the evidence seized in the course of their investigation. The defendant so moves on the following grounds:

1. Rough notes are considered statements within the meaning of Title 18, United States Code, Section 3500(e)(1); *United States v. Bernard*, 607 F.2d 1257 (9th Cir. 1979); and *United States v. Gaston*, 608 F.2d 607 (5th Cir. 1979);

2. Destruction of rough notes by law enforcement officials usurps the judicial function of determining what evidence must be produced. *United States v. Harris*, 543 F.2d 1247 (9th Cir. 1976).

3. The rough notes may contain facts favorable to the defense; and

4.     The evidence seized is directly relevant to issues ranging from the defendant's guilt or innocence to sentencing considerations.  Its inspection and use as provided for under Rule 16(c) of the Federal Rules of Criminal Procedure will be rendered impossible if the evidence is altered or destroyed.

This Motion is based on the Indictment, and the records and the proceedings herein.

Dated: June 1, 2021                                             Respectfully submitted,

**SICOLI LAW, LTD.**


By:  /s/ Robert D. Sicoli
       Robert D. Sicoli
Attorney for Defendant
2136 Ford Parkway #117
Saint Paul, MN 5516
Telephone: (612) 871-0708
Reg. No. 178238