UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 20-113 (DSD/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT'S MOTION TO** |
| v. ) | **DISCLOSE AND MAKE** |
| ) | **INFORMANT AVAILABLE** |
| JOSE A. FELAN, JR., ) | **TO INTERVIEW** |
| ) | |
| Defendant. ) | |

The defendant, Jose Felan, by and through his attorneys, Sicoli Law, Ltd. and Robert D. Sicoli, respectfully moves the Court for an Order requiring the government to disclose the identity of any informant or informants utilized by the government in the investigation in the above-entitled matter, and to make such informant(s) available for interview by Defendant's attorney in preparation for trial, and disclose prior criminal convictions of such informant(s).

This Motion is based upon the Indictment, and the records and files in the above-entitled action.

Dated:  June 1, 2021                                    Respectfully submitted,

                                                        **SICOLI LAW, LTD.**


                                                        By:  /s/ Robert D. Sicoli_____
                                                              Robert D. Sicoli
                                                        Attorneys for Defendant
                                                        2136 Ford Parkway #117
                                                        Saint Paul, Minnesota 55116
                                                        Telephone: (612) 871-0708
                                                        Reg. No. 178238