UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-113 (DSD/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION FOR LEAVE TO FILE AN OUT OF TIME RESPONSE** |
| JOSE A. FELAN, JR., | |
| Defendant. | |

The United States of America, by and through its attorneys, W. Anders Folk, Acting United States Attorney for the District of Minnesota, and Melinda Williams and Emily Polachek, Assistant United States Attorneys, respectfully submits the following motion requesting leave to file out of time its response to Defendant Jose Felan's pretrial motions (ECF Nos. 60–66). The Government's response to Defendant's motions were due on Monday, June 14, 2021. Both of the undersigned attorneys, however, were in trial the preceding two weeks. The Government is simultaneously filing this motion and its response, and therefore requests a one-week extension of the deadline for filing the response. Given that the parties' motions hearing had not been scheduled to occur until August 18, 2021, this delay will not prejudice Defendant. Moreover, counsel for Defendant informed the Government that Defendant does not object to this extension. As such, the Government respectfully requests that the Court grant the Government a one-week extension of the deadline for filing its response to Defendant's pretrial motions.

2

Dated: June 21, 2021                     Respectfully submitted,

                                            W. ANDERS FOLK
                                            Acting United States Attorney

                                            */s/ Emily Polachek*

                                   BY: MELINDA WILLIAMS
                                            EMILY POLACHEK
                                            Assistant United States Attorneys