UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-113 (DSD/BRT)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                                                  **ORDER**

JOSE A. FELAN, JR.,

        Defendant.

This matter came before the Court upon the unopposed motion of the United States for an extension of time to file the Government's response to Defendant's pretrial motions and to file its response out of time.

IT IS HEREBY ORDERED that the unopposed motion of the United States for an extension of time is GRANTED. The Government's response to Defendant's pretrial motions hereby found to be timely filed and will be taken under consideration.

Dated:  June 22, 2021

                                            *s/ Becky R. Thorson*
                                            BECKY R. THORSON
                                            U.S Magistrate Judge