# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** | |
|---|---|---|---|
| Plaintiff, | ) | Case No: | 20CR113(1)(DSD/BRT) |
| | ) | Date: | February 24, 2022 |
| v. | ) | Court Reporter: | Lori Simpson |
| | ) | Courthouse: | Minneapolis |
| JOSE A. FELAN, JR., | ) | Courtroom: | Video Conference |
| | ) | Time Commenced: | 10:03 a.m. |
| Defendant. | ) | Time Concluded: | 10:44 a.m. |
| | ) | Sealed Hearing Time: | |
| | ) | Time in Court: | 41 minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

    For Plaintiff:    Emily Polachek, Assistant U.S. Attorney
    For Defendant:   Robert D. Sicoli  ☒ CJA

PROCEEDINGS:

☒ **Change of Plea Hearing**

    ☒ PLEA:

        ☒ Guilty as to Count 1 of the Superseding Indictment.
        ☒ Remaining counts to be dismissed at time of sentencing.

    ☒ Defendant advised to pay a special assessment in the amount of $100.00.
    ☒ Presentence Investigation and Report requested.
    ☒ Defendant is in custody.

                                                                    s/D.O.
                                                                  Judicial Assistant