To the honorable judge Doty,

Greetings to you and a profound salutation. My name is Jose. It is unfortunate that we have to meet in this manner and not under normal circumstances. In a normal setting, you would have met me in professional attire with a big smile. One would not have predicted I would end up in a federal detention center the next day. But, I did. I am the person who's work ethics raises eye-brows. I am the person who pulls over to help when someone's car breaks down in the middle of the highway. I am also the man, who on his day off, goes to McDonald's to buy burgers then gives them away to homeless or unfortunate residents on the streets. However, on May 28th 2020, I mismanaged, misguided, and misunderstood my intention to help someone who I thought was in desperate need of help- his name was George Floyd. I had attended one protest before in Belgium years ago over organic vs. processed foods but nothing like this one. The May 28th protest was not a protest at all, it was a chaos. I was easily swept away by the motion of the ocean that day and committed a mistake that will live with me for the rest of my life. That day I committed a crime that no business owner can respect. I intentionally set fires to certain places. I was carried away by the monkey-see-monkey-do syndrome. It was random, it was spontaneous, it was stupid. The people I hurt the most were my wife and my two little babies that I often cry for. I put my wife in a predicament and my children in a situation where I cannot father them. My family and those around lost faith in me, especially my wife's family. I hurt and caused damaged to them and to myself. I have begun the process of redeeming myself but the process will be long, slow, and painful. I sincerely and profoundly apologize to the community of St. Paul for the damage I brought to them that day and would like to say that I am deeply sorry. To the protesters around the country, my message to them is this: violence **_is not_** the solution. What point is there in hoping for a better society while destroying it at the same time? Your honor, I respectively and humbly request for leniency in my case. I can do better because I have learned so much from just the trauma of this experience. It has been two years and since then I have re-assessed my decision making and learned that in life things are best achieved in a peaceful manner. Life is too short and precious for violence. Mahatma Gandhi one time said, "Victory attained by violence is tantamount to a defeat,  for it is momentary." I swear to live by this profession. You will never see me in this courtroom again. Thank you for your time, your honor.

-Jose

To the honorable judge Doty,

My name is Erick Frlan, one of Jose's brother's, the second oldest of the 4 siblings. I'am writing to you today because by now, I'm obviously already aware of the huge and serious mistakes my brother has done. I wish this would of never happened. It hurts to see and know my brother is in jail for something that could of been avoided. My brother has always been a great person and very well educated. My parents raised all of their 4 siblings with lots of love and to be great people in life. Growing up with my brother Jose was an adventure. He taught me great things in life. He always liked to help others who were in need of assistance, rather it was something simple or huge. Jose is definietly not the bad person as it seems or other people might think he is. We want Jose to reunite back with his family. I'm keeping Jose in my prayers for him to be safe where's he's at. Even though Jose is nearly 1,300 miles away from us, in a way we try to keep Jose close to us as if he were here with us.

Page 1

Your honor,

I respectively request for leniency in Jose's case. I know he can do better and I'm sure he will. Everyone does miskakes and I know Jose has and will learn a lot from this one.

Judge Ooty, thank you for your time, your honor.

Erick Felan,

*(signature)*

Page 2

5-26-22

Judge Doty

  Dear Judge Doty. I would like to
thank you for taking your time to
read this letter regarding my brother
Jose Felan. If I could describe to you
how loving and caring my brother is,
I agree he made a big mistake, he
regrets it 100 percent. My mother,
father and all siblings miss him
and would love for him to come
home soon. He as well has children
that miss him tremendously! If I
could sit here and write and
describe how smart and loving my
brother is, I don't think I'd have
enough paper. At this point I can
say he's one of the smartest person
I've met. We miss him so much
and would just love him to come
home with his family soon so
we can all be reunited. I thank
you for your time and appreciate
it all.

                Sincerly,
                        April Felan

To the honorable judge Doty,

My name is Jose Felan sr., the father of Jose Felan jr.. Today, I still can't believe the situation my son Jose got involved into. I wish all of this was just a dream. As a father of 4, 3 boys and 1 girl, I showed my sons and daughter how to be great kids and adults. Their parents always made sure they never went a day without food. I told them once when they were all kids, in life later, there will be many obstacles and mistakes. We all learn from mistakes and will become stronger from the fails of these obstacles. An example they all know from myself, I've had over 10 surgeries, most of them being heart surgeries and the other surgeries involving colon cancer. Jose knows how I had to come back stronger from these obstacles and learn from these awful experiences. Luckily for me, I can proudly say I'am a survivor of colon cancer. My son Jose has always been a good person, down to earth guy who gets along with everyone. He should not be where he's at right now. He has education and can definietly be in a better place.

Page 1

I hope Jose learns from his mistakes. I love Jose and all of my kids so much. Everyday I pray for Jose and hope to very soon see and hug him again.

Your honor,

I respectively request and ask the court for lenincy in my son Jose's case. I very well believe Jose will come out a changed man to move on in life with his wife kids.

Thank you judge Doty for your time, your honor.

Jose Felan sr.

(Page 1)

May-25-'2022

Your "Honorable Judge"

My name is Sonia Felan, mother of 4 grown Kids, including 'Jose Felan' my First born child, in which I Love Them all with all my Heart ♡, We raised our Kids in a not Rich, But we were always sure my Kids would always have Food in the Table, and a roof under there heads. Jose is, and always been a very Smart and a really open young man to people, he's a Father of 5 Kids, he dropped of From High School, But he got hes G.E.D., he attended College in Rochester Minnesota, Your Honorable, What else would a mother can ask in this situation, My Son is going thru, "Your Honorable Judge" With Tears in my eyes, I Begg You to give my Son Jose, Please... Please Another chance, By reducing

(page 2)

he's Sentence! Your Honorable Judge, my son is not a bad Boy, he just made a mistake, in which I'm pretty sure he regrets! He's a father of 5 kids, again your "Honor", Im pretty Sure he regrets, for whatever hes done wrong! And I also Understand and agree that theres Laws! again your "Honorable" I would gladly Appriciate if you and no one else but You "Your Honor" Would reduce hes sentence, by giving him another change! I also understand he has to Pay for what he did. But I also think and pray that he's Sentence Would be reduce, Your "Honor" please excuse the way I expressed myself, my Words, But I myself don't Know how to write perfect English, again "Your Honorable" Judge, Im 53 yrs. Old, Im Disabled, I have Arthritis on my Right Knee, I also have Anxiety, Depression, aswell!

(page 3)

And with all this thinking
and stressing myself
Everyday about my son
"Jose" being incarcerated,
my stress and my Anxiety,
my Depression gets even
worst every Day that passes
By, I just wish that all this
would be a Dream! Your
"Honorable Judge" I Just
hope You Understand a
Desperate mother, But I
also Understand, Your Job
as a "Honorable Judge"!
   As I said before theres
also "Laws".
   "Your Honorable" all this
words come from the
Buttom of my Heart!

      Your "Honorable Judge",
I do Hope and Begg you
to Please read and
understand me!

            Thank You
      Your "Honorable"
      Sonia E. Zelan