UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-113(1) (DSD/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE SENTENCING POSITIONS** |
| v. | |
| JOSE A. FELAN, JR., | |
| Defendant. | |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Emily Polachek and Melinda Williams, Assistant United States Attorneys, hereby moves the Court for an extension of the deadline for both parties to file their sentencing position pleadings. Counsel for Mr. Felan has indicated that he does not oppose this motion.

At present, the parties' position papers are due on July 7, 2022. The Government seeks a one-week extension of this deadline to July 14, 2022. Both undersigned counsel will be out of the office next week for previously scheduled annual leave, and require time to confer regarding the Government's sentencing position. No sentencing date has been scheduled, and a short one-week extension will not prejudice Mr. Felan or otherwise adversely affect the interests of justice.

Dated: July 7, 2022

Respectfully Submitted,

ANDREW M. LUGER
United States Attorney

*/s/ Emily Polachek*

BY: EMILY POLACHEK
MELINDA WILLIAMS
Assistant U.S. Attorneys