UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIM. NO. 20-113(1) (DSD/BRT)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                  **ORDER**

JOSE A. FELAN, JR.,

        Defendant.

This matter is before the court upon the unopposed motion of the United States for an extension of time to file the parties' sentencing position papers.

Based on the file, record, and proceedings herein, **IT IS HEREBY ORDERED that:**

1. The motion for an extension of time [ECF No. 145] is granted; and

2. The parties shall file their position pleadings on or before July 14, 2022.

Dated: July 8, 2022

                                        /s David S. Doty
                                        David S. Doty, Judge
                                        United States District Court