UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 20-113(1) (DSD/BRT)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | **GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO FILE SENTENCING POSITIONS** |
| JOSE A. FELAN, JR., | |
| Defendant. | |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Emily Polachek and Melinda Williams, Assistant United States Attorneys, hereby moves the Court for an extension of the deadline for both parties to file their sentencing position pleadings. Counsel for Mr. Felan has indicated that he does not oppose this motion.

At present, the parties' position papers are due on July 14, 2022. The Government seeks an extension of this deadline to July 22, 2022. Government counsel have not had an opportunity to confer due to conflicting work and leave schedules. No sentencing date has been scheduled, and a second short extension will not prejudice Mr. Felan or otherwise adversely affect the interests of justice.

Dated: July 14, 2022                    Respectfully Submitted,

                                        ANDREW M. LUGER
                                        United States Attorney

                                        */s/ Emily Polachek*

                                        BY:  EMILY POLACHEK
                                        MELINDA WILLIAMS
                                        Assistant U.S. Attorneys