UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 20-113(1) (DSD/BRT)

UNITED STATES OF AMERICA,

        Plaintiff,

v.     **ORDER**

JOSE A. FELAN, JR.,

        Defendant.

This matter came before the Court upon the unopposed motion of the United States for an extension of time to file the parties' sentencing position papers.

IT IS HEREBY ORDERED that the unopposed motion of the United States for an extension of time is GRANTED. The parties shall file their position pleadings on or before July 22, 2022.

Dated: July 18, 2022

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court